HARTFORD ACCIDENT AND INDEMNITY COMPANY, Appellant, *v.* PAULINE CASALINO, Respondent.

Argued October 4, 1950; decided October 19, 1950.

*Charles R. McNamee, Harry Salvan* and *Stewart Maurice* for appellant.

*Evelyn Baker Richman, George F. Blake* and *Jesse S. Richman* for Excise Bond Underwriters and others, *amici curiæ,* in support of appellant's position.

*Samuel Jacobs* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.  [See 302 N. Y. 560.]